Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of
_____ Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 23 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Reginald D Robinson
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

James Scoggins
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 4:23CV52-KGB
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Reghald D Robinson
Address: 602 David Street
City: Corning  State: AR  Zip Code: 72422
County: Clay
Telephone Number: N/A
E-Mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name: James Scoggins
Job or Title (if known): CEO
Address: 305 S Palm Street
City: Little Rock  State: AR  Zip Code: 72205
County: Pulaski
Telephone Number: 501-686-9000
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

**Defendant No. 2**

Name:
Job or Title (if known):
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  _____City_____ _____State_____ ___Zip Code___
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____
  _____City_____ _____State_____ ___Zip Code___
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Supervisory liability, 42 USC 1983_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

II. Basis of Jurisdiction

D.

AR Code 20-47-220(c)

Defendant's employees allowed me to be physically abused and choked by patients and employees on Feb. 20th 2022.

AR Code 5-2-503(a)

The defendant's employee choked me and held me down

The defendant is responsible by statute.

AR Code 5-2-503(b)(1)

The defendant's employee did not refrain for help he just choked me

The defendant is legally liable for his employees.

AR Code 12-12-1705(13)

My need to be in a safe and caring environment was not met.

My rights were neglected by the defendant and his employees.

AR Code 12-12-1703 (16)(B)(i)

The defendant and employees' failed to meet my need to feel safe and well looked after. I was neglected and abused on several occassions. They treated me as if I had no rights. I was asked if I wanted to press charges, but they refused to follow the procedure even when I had asked the staff to call for Public Safety Officers to come to the Unit after this had happened. Defendant's employees' did not offer closure or counseling they simply pacified or shunned it off by telling me to get away from the nurses station. They completely disregarded my requests.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The Arkansas State Hospital Unit 5 Lower Little Rock, Arkansas

B. What date and approximate time did the events giving rise to your claim(s) occur?

February 20th at approximately 8:15am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was choked by a staff member. Other employees were involved. The Audio/Visual camera saw what happened

pg 1

III. Complaint:

On February 20th 2022, While recieving mental health services at the Arkansas State Hospital, I got placed in a **choke hold** by a **staff** member, I was also grappled by a patient. The patients on that unit where I dwelled were violent. I was provoked to anger by a patient who kept antagonizing me. I then approached him (the patient) then the staff member that **choked me, grabbed** me I remember grabbing the patient. I got hit several times in my face. After that, the staff member placed me in the headlock, choked me out, let me go, then speared me. The other staff members told him to stop, but he wouldn't listen to them. Then, they grabbed my arms. He was still choking me.

pg 2

I blame UAMS (University of Arkansas for Medical Sciences) and Dr. Martin Watts, who is employed by UAMS. Dr. Watts was my treating psychiatrist at the time. I also blame the CEO, COO, the Director of the facility and the staff who held me down while a coworker tried to, how I feel, at the time, "Kill me." Although, the other staff told him to stop, he didn't. Not at once. I yelled "bloody murder" type "threats" because I was provoked and scared. I fault them for misunderstanding, mental health training, poor supervision and miseducation because I to handle aggression, behavior management, poor employee training dealing with conflict resolution, and on top of all that, adult abuse and maltreatment. They were reckless. I was humiliated and abused.

Pg. 3

I was suppose to be recieving mental health treatment, but ended up getting manipulated, coerced, abused and traumatized. I asked to press charges. I was not allowed. I rarely seen my doctor. Only once a month that I can remember. He gave me a med decreasion once. My social worker seen me once weekly. It sounds like they were meeting my mental health needs, indeed they were not. I suffer nights waking up in cold sweats, night terrors of people holding me down as well as flashbacks, and disturbed memories which lead to no sleep. Yet and still my treatment team there, never offered closure to the situation. I recieved the bare minimum of services for what they called "chronic mental illness." I get provoked by patients that use antagonizing as a way get under the skin of others. They, they were psycotic and manic. I cannot speak on now.

Pg 4

I filed grievances and told staff but they either disccredited the report or denied my claim. Nevertheless, this really happened I got abused. I was provoked and antagonized by patients and shortly after severely choked by a staff member. I told the RN Tara Smith and Public Safety Officers (PSO). This was patient abuse and a supervisory liability. All are responsible (Arkansas State Hospital employees' and UAMS) for my care and wellbeing. The Arkansas State Hospital (ASH) The University of Arkansas for Medical Sciences (UAMS) and their employees' that work at ASH are accredited and certified or recertified by the Joint Commission for continuance of employment. The employees' go through "tact training" siminairs to prevent them from harming patients. The employees are

pg 5

are responsible for their employees'. Their employees' were negligent abusive and used excessive force to contain a heated situation. The situation was an argument that turned ugly, when another patient grabbed me by the head from behind. That is what I recall. Then, I started to panic, fight or flight mode kicked in, I blacked out. I remember being grappled and then choked pinned to the ground and choked more. I also remember saying "Imma kill you" several times. This was brought by the situation, I was provoked. The initial situation turned into almost deadly force by use of unsuitable conduct by the employees'. The building uses Audio Visual camera footage.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I recieved Injuries to my eyes mouth and throat.
I recieved an X-ray
I was not told a remedy or what was shown on X-ray.
I did not recieve the necessary medical attention needed.
I did get neglected and handled without regard of actual care.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting 10.5 million US Dollars in form or of Cashiers Check made out to Reginald Dean Robinson for adult maltreatment and abuse pain and suffering humiliation, insurance and medical bills the day of Disposition hearing and/or Trial, if settlement is not reached.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-5-23

Signature of Plaintiff: *Reginald Robinson*
Printed Name of Plaintiff: Reginald Robinson

### B.  For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Reginald Robinson
602 David Street
Corning, Arkansas
72422



2023 JAN 23 A 9:35

United States District Court
for the
Eastern District of Arkansas
600 W. Capitol Ste A-149
Little Rock, Arkansas
72201